**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CLIFFORD SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. A08CA 060ss |
| | ) | |
| WORLD WIDE TECHNOLOGY, INC | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Clifford Smith, by and through his attorney, and hereby

dismisses his claims in the above-referenced litigation against World Wide Technology, Inc.,

such dismissal to be with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

SCOTT V. ALLEN, ESQ

By:     /s/ Scott V. Allen
Scott V. Allen, Esq.
1411 W. Avenue H
Temple, Texas 76504
Telephone:   (254) 774-9565
Facsimile:   (254) 774-8579

Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon the following via the Court's CM/ECF electronic filing system, this 25th day of March, 2009:

Robert J. Tomaso
Kate M. Heideman
Husch Blackwell Sanders LLP
720 Olive Street, Suite 2400
St. Louis, Missouri 63101

___ /s/ Scott V. Allen _____

SLD-1479059-1